# UNITED STATES DISTRICT COURT

for the
Western District of Washington

___ FILED ___ LODGED
_____ RECEIVED

**Apr 14 2025**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
the residence, vehicle, and person more particularly )
described in Attachment A )
)

Case No. 3:25-mj-05146

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

see Attachment A, incorporated herein by reference,

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1), 26 USC 5861(f) and (i) | Unlawful Possession /Manufacture of Firearms |

The application is based on these facts:

✓ See Affidavit of Special Agent Hunt, continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

---

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented: ☑ by reliable electronic means; or: ☐ telephonically recorded.

JON HUNT

Digitally signed by JON HUNT
Date: 2025.04.11 12:12:51 -07'00'

*Applicant's signature*

*Theresa L. Fricke*

*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by reliable electronic means.

Date: _____ 04/14/2025 _____        _____
                                                *Judge's signature*

City and state: _____ Tacoma, Washington _____        Theresa L. Fricke, Chief United States Magistrate Judge
                                                                *Printed name and title*

1  **AFFIDAVIT OF SPECIAL AGENT J. BENJAMIN HUNT**

2  STATE OF WASHINGTON       )

3                            )        ss

4  COUNTY OF PIERCE          )

5

6  I, J. Benjamin Hunt, a Special Agent with the Bureau of Alcohol, Tobacco,

7  Firearms and Explosives, Seattle, Washington, having been duly sworn, state as follows:

8  **AFFIANT BACKGROUND**

9  1.  I am a Senior Special Agent with the Bureau of Alcohol, Tobacco, Firearms

10 and Explosives (ATF), currently assigned to the Seattle Field Office. I completed the

11 Federal Law Enforcement Training Center's Criminal Investigator Training Program and

12 the ATF National Academy's Special Agent Basic Training in Glynco, Georgia, in 2005.

13 Originally assigned to the ATF New York Field Division, I worked in the Joint Firearm

14 Task Force in New York Group V and later New York Group I, a gang investigation

15 group. Both groups were in Brooklyn. In 2010, I transferred to Seattle, Washington,

16 where I have worked in ATF Seattle Group V, Violent Gang Task Force, and now in

17 Seattle Group I, which is responsible for investigating firearm related violent crime in the

18 Seattle-Tacoma metro area. I have completed numerous trainings since the ATF

19 Academy to include the NYPD's Homicide Investigator Course, ATF's Complex

20 Investigations and Advanced Investigations schools, and Digital Media Collection

21 Specialist Training. During my career I have worked cases up and down the East Coast

22 and the West Coast and several cases in the Mid-West. From 2014 to 2017, I was a

23 Digital Media Collection Specialist, and, from 2016 to 2024, I was a member of ATF's

24 enhanced undercover program. I have worked extended details in Baltimore, MD,

25 Winston-Salem, NC, Southern California, Northern California, and Portland, OR.

26 2.  During my professional experience I have conducted and participated in

27 numerous investigations regarding the illegal possession of firearms, illegal firearms

AFFIDAVIT OF SPECIAL AGENT HUNT - 1
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

manufacturing, firearm trafficking, violent crime, and narcotics. I have participated in undercover operations, Title III wiretap investigations and the execution of search warrants associated with investigative targets, and the execution of the arrest warrants on those investigative targets. I have conversed at length with investigative targets in an undercover capacity and overtly as a law enforcement officer in formal interviews. I have conducted undercover purchases of firearms and ammunition, grenades, explosives, cocaine, crack cocaine, heroin, methamphetamine, fentanyl, and other opioid pills. In an undercover capacity, I have been involved in money laundering investigations, and I have investigated bulk cash smuggling as well. I have worked numerous cases on criminal organizations from violent street gangs to international drug trafficking organizations and terror groups.

3.     In the last several years, I have become knowledgeable about and have worked multiple cases involving the 3D printing of firearms, the conversion of firearms into machineguns, and the manufacture and trafficking of silencers and machinegun conversion parts. As such I am familiar with the modus operandi of those conducting violent crime, narcotics related crimes with firearms and the illegal manufacture and trafficking of firearms. I am also familiar with the way these individuals utilize cellular telephones, communication apps and social media apps, to conduct their unlawful operations, and how they code their conversations to disguise their unlawful activities.

4.     I make this affidavit in support of search warrants under Rule 41 of the Federal Rules of Criminal Procedure for (1) the residence at 510 Lilly Rd. SE, Unit #8, Olympia, WA 98501, (2) a gray Honda Accord with Washington license plate DP77040, and (3) the person of Donald Thomas HANSEN, Jr., as described in Attachment A to this affidavit.

5.     I have obtained the facts set forth in this affidavit through my personal participation in the investigation described below. I have learned these facts from speaking with agents and research specialist who began this investigation in the ATF's

AFFIDAVIT OF SPECIAL AGENT HUNT - 2
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Emerging Threats Center, by reviewing data provided by Discord, Inc., and Meta

2  Platforms, Inc., pursuant to search warrants issued from the District of Arizona, and by

3  my own investigation. Because this affidavit is submitted for the limited purpose of

4  establishing probable cause in support of the application for the search warrants described

5  above, it does not set forth every fact that I or others have learned during this

6  investigation.

7          6.      Based on my training and experience and the facts as set forth in this

8  affidavit, there is probable cause to believe that Donald Thomas HANSEN, Jr., has

9  committed, is committing, and will continue to commit violations of Title 18, United

10 States Code, Section 922(g)(1) (Unlawful Possession of a Firearm); Title 26, United

11 States Code, Sections 5861(f) and (i) (Unlawful Manufacture and Possession of

12 Machinegun and/or Silencer); and related offenses. There is also probable cause to search

13 his residence, vehicle, and person, as described in Attachment A, for evidence and

14 instrumentalities of these crimes, as further described in Attachment B.

15                          **<u>SUMMARY OF PROBABLE CAUSE</u>**

16         7.      In May 2024, ATF Special Agent (SA) Tiffany Menotti and Intelligence

17 Research Specialist (IRS) Robert Lopez initiated an investigation into a group on the

18 social media app Discord called the "2A Print Depot." In this context, I believe "2A"

19 refers to the Second Amendment to the Constitution, and for the reasons discussed in this

20 affidavit, that "Print Depot" refers to the 3D printing of firearms and firearms parts. In

21 reviewing posts made to the 2A Print Depot group's conversation thread by username

22 "dzzznutzzz" with display name "S-DzzzNutzzz," SA Menotti and IRS Lopez observed a

23 video of an older white male shooting a firearm which appeared to have a silencer

24 attached to it. A screenshot from that video appears below on the left. Posted with the

25 video, username "dzzznutzzz" stated, "Wish I shot it in slo mo." As shown in the photo

26 below on the right, SA Menotti and IRS Lopez could see that username "dzzznutzzz" was

27 an "ADMIN" (administrator) of the 2A Print Depot group, and a "verified seller."

AFFIDAVIT OF SPECIAL AGENT HUNT - 3
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9

 

10      8.      SA Menotti and IRS Lopez observed other posts from username

11  "dzzznutzzz" to the group of what appeared to be 3D printed machinegun conversion

12  devices and silencers, with remarks about their functionality. Four examples appear on

13  the next page. From left to right, the first photo shows a drop-in auto sear, which, when

14  placed on top of the trigger mechanism in an AR-15 platform rifle will convert the rifle

15  into a machinegun, shooting fully automatic. The second photo from the left appears to

16  be a 3D printed short-barreled rifle. Records obtained later showed that HANSEN

17  described the firearm as a build off of an Ingram Mac-11 model open-bolt pistol (also

18  capable of being configured as a rifle when equipped with a stock). The third photo from

19  the left shows the 3D printing of a silencer, with a caption reading, "I've got this on the

20  printer at the moment I ordered some nylon carbon, fiber filament I'm going to try

21  something in that and I bo… ." The photo on the far right, dated June 15, 2023, shows a

22
23
24
25
26
27

AFFIDAVIT OF SPECIAL AGENT HUNT - 4
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  3D printed Glock style pistol with a 3D printed silencer attached to its barrel. The

2  captions reads, "The only successful test."

   

12    9.    In one conversation on the 2A Print Depot group thread, username

13  "dzzznutzzz" posted a reply to another member that read, "I'm not entirely sure since I

14  can't access it at all here in Washington but I'm sure if you asked on here somebody

15  might have what you're looking for as well." That screenshot appears below on the right.

16  Username "dzzznutzzz" also posted a picture of an emailed titled "Case #CA33454

17  Created: CIV Soft State Restriction" sent from Primary Arms to "Don Hansen." That

18  screenshot appears below on the left. Primary Arms, an online firearms business, issues

19  "soft state restriction notices" on purchases when orders of certain firearms parts would

20  be potentially illegal to deliver to individuals in that state.

AFFIDAVIT OF SPECIAL AGENT HUNT - 5
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1

2

3

4

5

6

7

8

 

9       10.    Agents and analysts discovered another post to the group by username

10  "Grandpa Dzzzz," believed to be dzzznutzzz because both usernames shared the same

11  profile picture of the outline of a squirrel holding a gun. This post was a screenshot

12  receipt for rifle parts from Primary Arms with a USPS tracking number. The screenshot

13  was posted September 9, 2024, and agents were able to determine that tracking number

14  corresponded to a package that shipped to Olympia, WA, on September 13, 2024.

15

16



17

18

19

20

21

22

23

24

25

26

27

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

*Identification of Donald Thomas HANSEN, Jr.*

11.     In speaking with Special Agent Menotti, I was aware that dzzznutzzz used several spelling variations of his Discord username, believed to be taken from the "Deez Nuts" skit that went viral on the internet by WelvenDaGreat.[1] Databases available to law enforcement provided a phone number for Donald Thomas HANSEN, Jr., 253-720-0777, which is linked to a Telegram account for "dzzznntzzz." I ran a search for "dzzznntzzz" through Telegram and found a hit for "@dzzzntzzzz" with the display name "Don Hansen." I also found an account with the username "dzzznutzzz" and display name "Don Hansen" in CashApp, a money transfer application. Additionally, ATF Investigative Analyst William Billow conducted an open-source search for a Donald HANSEN in Olympia, WA, and found a matching entry for Donald Thomas HANSEN, Jr., born in 1965. SA Menotti and IRS Lopez also obtained a driver's license photo of HANSEN, which matched the individual depicted in the video posted on the Discord account described above and the Facebook account discussed below. Databases available to law enforcement also provided an address for HANSEN of 510 Lilly Rd SE, Unit #8, Olympia, WA.

12.     A search of criminal history databases showed that Donald Thomas HANSEN, Jr., born in 1965, has a lengthy criminal history, including the following convictions: Second Degree Unlawful Possession of a Firearm with a sentence of 12 months + 1 day imposed in Pierce County Superior Court case number 98-1-05342-1 in 1999; two counts of Second Degree Theft with concurrent sentences of 14 months imposed in Pierce County Superior Court case number 99-1-05862-5 in 2000; multiple counts of Identity Theft and other offenses with a 25-month Drug Offender Sentencing Alternative (DOSA) sentence[2] imposed in Pierce County Superior Court case number 05-

---

[1] Welven Da Great is a social media figure who rose to prominence for his "Deez Nutz" comedy video, available at https://www.youtube.com/watch?v=4v8ek9TEeOU (last accessed March 21, 2025).

[2] From the records, it appears HANSEN spent half of the sentence in custody and half in the community.

1-06425-2 in 2006. Because HANSEN is a convicted felon, he is precluded from

possessing firearms under 18 U.S.C. § 922(g)(1).

***Records Provided by Discord***

13.     In January 2025, IRS Lopez provided me with records from Discord
produced pursuant to a search warrant sworn out by Special Agent Menotti in the District
of Arizona. The records consisted of the 2A Print Depot group members' chats and data
links from June 2023 through the later part of October 2024. Those records show
HANSEN as an administrator of the 2A Print Depot group and provide QR code links for
the "mother group" on Facebook. In a post by HANSEN, in what appears to be a meeting
of the administrators in file labeled "admin-link," HANSEN recorded the names and
roles for the administrators as follows:

> "sicks_actual (username sicks_actual#0) Jay as President stolenboi#2064
> Kyler as Vice President scsm.d3d Jeff Sargent . dzzznutzzz Don as
> secretary.  yoshidariv Josh as QM pembie000industries Steven as treasury
> Rich dragon Tom enforcer. Ben and Cameron RM admin voted on this day
> 11/13/2023 4:20 pm pacific time."

14.     The rules for the group, promulgated in the file labeled "Server Rules,"
under Rule No. 6, state the following: "NFA Items** - Discussions pertaining to NFA
items are allowed.  -Al videos and photos shared should be posted at your own risk." I
believe "NFA items" is a reference to the National Firearms Act (NFA), which requires
registration and the payment of a federal tax stamp with the ATF for firearms classified
as short-barreled rifles, short-barreled shotguns, machineguns, and silencers.

15.     The Discord records show the 2A Print Depot is sectioned into discussion
rooms. The rooms include "Mills," "Admin Chat," "Build Help," "Helps on Mac Build,"
"Helps on Glock Build," "Build Showcase," "Dev Chat," "Member Chat," "Open Dev

AFFIDAVIT OF SPECIAL AGENT HUNT - 8
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Chat," and "Photo Dump." The records show HANSEN has been active in each of these

2  rooms. For example, in discussions with the other administrators in the "Admin Chat"

3  room, HANSEN explained to the others, in sum, that he would not be available

4  consistently "considering the hours." In response, username "sicks_actual#0" agreed that

5  HANSEN shouldn't be bound to involvement "time frame wise" but that he should be

6  involved when he can. In the "Build Help" room, HANSEN often commented on other

7  builds, offering critiques and suggestions. HANSEN posted pictures of, and links to, gun

8  parts to include a drop-in auto sear to convert a rifle to fire fully automatic. HANSEN

9  also contributed information on tools and materials and posted some of his build

10  experiences.

11      16.    In the "Helps on Mac Build" room, HANSEN also shared his experiences.

12  For example, on November 29, 2023, he posted, "You should always pre-drill the holes

13  because when you beat on them with a hammer, it creates stress cracks, and that's where

14  they're prone to break." He then said, "believe me. I've learned the hard way." In the

15  "Build Showcase" room, after one post in January 2024, there was a discussion regarding

16  the materials used to 3D print. HANSEN posted, "I did a Glock 19 and TPU worked

17  perfectly." In this room on July 23, 2023, HANSEN posted the following pictures of

18  firearms with high-capacity magazines:



AFFIDAVIT OF SPECIAL AGENT HUNT - 9
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

17. He posted additional pictures of firearms with high-capacity magazines in the "Build Showcase" room on August 23, 2024:



18. In the "Member Chat" room, HANSEN posted the following photos on September 28 and 29, 2024, respectively:

 

### Other Social Media and Online Accounts

19. The display picture on the Discord account described above is an outline of picture of a squirrel holding a pistol. In looking further into Donald HANSEN, IRS Lopez found a Facebook account with the display name "Don Hansen." IRS Lopez recognized the selfie photos on the Facebook account as depicting the same individual IRS Lopez observed in photos on the "dzzznutzzz" Discord account. Moreover, the profile picture on the Facebook account was the same outline of a squirrel holding a pistol that HANSEN used on the Discord account. A screenshot of the publicly available Facebook homepage for "Don Hansen" appears below.

AFFIDAVIT OF SPECIAL AGENT HUNT - 10
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800



20.    HANSEN's Facebook friends include ten individuals who also have membership in the Discord 2A Print Depot group. Similarly, HANSEN's Facebook account belongs to the Facebook group "2A Printing," which posts "THIS IS NOT A GROUP FOR YOUR AVERAGE 3D PRINTS. THIS IS A PRO 2ND AMENDMENT PAGE. WE STAND TOGETHER FOR THOSE WHO NEED A HAND TO STAND THEMSELVES!" That Facebook group, like the Discord group, has posts of firearms, 3D printed receivers, and discussion regarding the manufacture of firearms.

21.    As with the search warrant on the Discord group, Special Agent Menotti obtained search warrants for the Facebook accounts of Kyler Ginnani and, later, Josh Coursey.  Both are members of the "2A Printing" group and their Facebook records provided the conversation of the members of "2A Printing".  In these conversations,

AFFIDAVIT OF SPECIAL AGENT HUNT - 11
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    HANSEN has posted pictures and messages regarding his 3D printing of firearm

2    receivers. In one such post, HANSEN stated, "I purchased one (referring to a Meta

3    Tactical Bullpup conversion kit) for the Glock 17 configuration, and I absolutely love

4    how this thing shoots I can plink the target at 100 yars [sic] with ease, whether the firear

5    arm [sic] is in the apparatus or standalone when I break this out at the range, everybody

6    ask what is it and then I show them and they're amazed most people do not realize that

7    there is a pistol inside with a 16inch barrel inside of here living in a state where all other

8    weapons are becoming banned for one reason or another absolutely love it keep up the

9    good work customer for life!!! I have recommended this to my friends and family and

10   anybody else that seems interested at the range."

11        22.    Other examples of HANSEN's Facebook postings from the 2A Printing

12   Facebook Group include the following, which show over thirty 3D printed receivers for

13   Glock style pistols and AR-15 platform rifles (on the left), as well as a Meta Tactical

14   carbine conversion kit with a Glock style pistol inside of it with high-capacity magazines

15   (on the right).

16
17
18
19
20
21
22
23
24
25
26
27



AFFIDAVIT OF SPECIAL AGENT HUNT - 12
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

23.    In bantering with the other members of the group, HANSEN has joked about his felony convictions. For example, on September 13, 2023, he wrote, "you don't get 30 something felonies by being a nice guy" and shortly after, "On a good note, though, I finally have less felonies than I am old." Similarly, on June 28, 2024, in response to a photo showing a large number of errors on a 3D print file, HANSEN wrote, "I'm number 195 lmao 29 ½ errors almost as many felonies as I have."

24.    In another conversation among members of the 2A Printing group, HANSEN sent several pictures of what appears to be a 3D printed canister and some gun powder, writing, "I'd give the toe off of my left foot the second toe so it matched my right foot for a fuse right about now." Two of the pictures appear below.

 

25.    I searched Instagram and found an account for "dhansen755" with the same profile picture of the squirrel holding a pistol. The Instagram account is closed to public view, however, one of the eight Instagram accounts that HANSEN is following, "Yoshidarev90," appearing to belong to "Josh Coursey" @Yoshidariv, is also a Facebook friend and a member of the 2A Print Depot Discord Group.

AFFIDAVIT OF SPECIAL AGENT HUNT - 13
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    26.    Searches of databases available to law enforcement also associate

2    HANSEN with the email addresses GUNKDOG@Yahoo.com,

3    BIGGZ1546@Yahoo.com, and HANSENBIGGZ1456@aol.com.  The email address

4    HANSENBIGGZ1546@aol.com is associated with an eBay account with the username

5    "hansenbiggz." On eBay, users "gotogear" and "tacdom," both sellers of firearm parts,

6    rate "hansenbiggz" as a "good buyer." The screenshots below on the left and in the center

7    show some of the firearms parts "gotogear" and "tacdom" have posted for sale, and the

8    screenshot on the right shows the feedback for username "hansenbiggz."



*Continued Conversation involving HANSEN and 3D Printing of Firearms*

27.    SA Menotti provided me with more recent records from a Facebook search

warrant she obtained in the District of Arizona for one of the 2A Print Depot's

administrators, Eric Goldhaber and Josh Coursey. The Goldhaber records date from May

4, 2024, through January 26, 2025, and the Coursey records date from December 12,

2023, through February 27, 2025. In Goldhaber's Facebook records are group chats

between 2A Print Depot's administrators on Facebook, which Facebook User No.

61552900605154 - Username "Dzz Nutzz," display name "Don Hansen," is a part of.

AFFIDAVIT OF SPECIAL AGENT HUNT - 14
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

28.     HANSEN participated in the conversation from May 4, 2024, through January 26, 2025. The conversation between the parties fluctuates between the technical details of printing firearms and social conversation. On January 25, 2025, HANSEN discussed the 3D printing of firearms with other administrators Kyler Ginanni and Jeff Brown, discussing the optimal temperatures for a carbon finer reinforced filament called PA6-CF. A snippet of the conversation thread appears below.

| 55823 | 01/25/2025 22:37:55 | 1038915366 | JEFF BROWN | Never had an issue with pa6cf. But I run 295-300 nozzle and the nanopolymer bed adhesive. |
| 55824 | 01/25/2025 22:38:41 | 100047951715303 | Don Hansen | I've never got it to print successfully under 285 and even 285 it was a stretch |
| 55825 | 01/25/2025 22:38:47 | 100027636730689 | Kyler Ginanni | hes probably running polymaker with 100° bed |
| 55826 | 01/25/2025 22:38:59 | 100047951715303 | Don Hansen | You can cut that shit in half |
| 55827 | 01/25/2025 22:39:13 | 100047951715303 | Don Hansen | I asked him what filament he was using |
| 55828 | 01/25/2025 22:40:45 | 1038915366 | JEFF BROWN | Yeah, I've run 35 bed and been okay. I've always run enclosed though even though it's "not necessary" |
| 55829 | 01/25/2025 22:41:05 | 100027636730689 | Kyler Ginanni | yea anything above like 40 on the bed will warp polymaker |
| 55830 | 01/25/2025 22:41:18 | 100047951715303 | Don Hansen | Yup |
| 55831 | 01/25/2025 | 100047951715303 | Don | He used sunlu |

29.     On April 9, 2025, IRS Lopez took two screen shots from an undercover phone with an account on the 2A Printing Facebook Beginner Chat and provided them to me. The screen shots show HANSEN still actively engaging with the group, assisting beginning 3D printers, and sharing a photo of a firearm build on March 15, 2025, and providing further assistance on April 5, 2025. Those screenshots appear on the next page.

AFFIDAVIT OF SPECIAL AGENT HUNT - 15
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800



30.     On April 10, 2025, IRS Lopez took screen recordings from an undercover phone of several posts by HANSEN in March 2025 on the 2A Print Depot members chat. HANSEN had changed his display name to "That old Guy," but the Discord username was still dzzznutzzz. Examples appear below.



AFFIDAVIT OF SPECIAL AGENT HUNT - 16
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1

2

3

4

5

6

7

8

9

10

11

12



13    31.    IRS Lopez also captured a video of an individual, whose

14  face is covered by graphic emoji stickers, shooting what appears to be the

15  firearm built off of the "Mac-11" referred to in Paragraph 8, above.  At

16  one point in the video the shooter's face becomes partially visible and is

17  consistent in appearance with HANSEN.  In the video, the firearm shoots

18  at a high-rate of speed, appearing to fire fully automatic.  A screenshot of

19  one frame of the video appears to the right.



20    32.    Special Agent Menotti also obtained records from Zelle and CashApp for

21  HANSEN. On April 7, 2025, ATF Forensic Auditor Stephanie Boddie provided me with

22  the information that, in 2024, HANSEN received payments over Zelle from 2A Printing

23  members, Thomas Macke ($50), Jeffery Brown ($125) and sent via Zelle to 2A Printing

24  members Josh Coursey ($275), Josh Lewark ($260) and Jeffery Brown ($145).  Utilizing

25  CashApp, HANSEN received money from Kyler Ginnani ($30) and Steve Pembleton

26  (($25) and sent money to Kyler Ginnani ($1,525).

27

AFFIDAVIT OF SPECIAL AGENT HUNT - 17
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

*HANSEN's Residence and Vehicle Confirmed*

33.    On February 26, 2025, I observed HANSEN walk out of 510 Lilly Rd. SE, Unit #8, Olympia, WA 98501, and open the door to a gray Honda Accord with Washington license plate DP77040. Washington Department of Licensing (DOL) records show the vehicle is registered to HANSEN at that address. I watched as HANSEN rummaged through the vehicle and returned to Unit #8. He later came back out of his apartment, retrieved something from his vehicle, walked to a throw it in the dumpster in the parking lot and then walked down the street. According to database records made available to law enforcemnt, HANSEN began residing at that address in 2022.

  

## <u>TRAINING AND EXPERIENCE ON FIREARMS OFFENSES</u>

34.    From my training, personal experience, and the collective experiences related to me by other law enforcement officers who conduct who conduct firearms investigations, I am aware of the following:

a.    Persons who possess, purchase, or sell firearms generally maintain records of their firearm transactions as items of value and usually keep them in their residence, or in places that are readily accessible, and under their physical control, such in their digital devices. It has been my experience that prohibited individuals who own firearms illegally will keep the contact information of the individual who is supplying

AFFIDAVIT OF SPECIAL AGENT HUNT - 18
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

firearms to prohibited individuals or other individuals involved in criminal activities for future purchases or referrals. Such information is also kept on digital devices.

      b.     Many people also keep mementos of their firearms, including digital photographs or recordings of themselves possessing or using firearms on their digital devices. These photographs and recordings are often shared via social media, text messages, and over text messaging applications.

      c.     Those who illegally possess firearms often sell their firearms and purchase firearms. Correspondence between persons buying and selling firearms often occurs over phone calls, e-mail, text message, and social media message to and from smartphones, laptops, or other digital devices. This includes sending photos of the firearm between the seller and the buyer, as well as negotiation of price. In my experience, individuals who engage in street sales of firearms frequently use phone calls, e-mail, and text messages to communicate with each other regarding firearms that the sell or offer for sale. In addition, it is common for individuals engaging in the unlawful sale of firearms to have photographs of firearms they or other individuals working with them possess on their cellular phones and other digital devices as they frequently send these photos to each other to boast of their firearms possession and/or to facilitate sales or transfers of firearms.

    35.     Individuals engaged in the illegal purchase or sale of firearms and other contraband often use multiple digital devices. Based on my training and experience, the data maintained in a cellular telephone used for the illegal purchase or sale of firearms is evidence of a crime or crimes.  This includes the following:

      a.     The assigned number to the cellular telephone (known as the mobile directory number or MDN), and/or the identifying telephone serial number (Electronic Serial Number (ESN), Mobile Identification Number (MIN), International Mobile Subscriber Identity (IMSI) number, or International Mobile Equipment Identity (IMEI)

AFFIDAVIT OF SPECIAL AGENT HUNT - 19
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  number) are important evidence because they reveal the service provider, allow agents to

2  obtain subscriber information, and uniquely identify the telephone.

3        b.     The stored list of recent received calls and sent calls is important

4  evidence. It identifies telephones recently in contact with the telephone user. This is

5  valuable information in this investigation because it will identify telephones used by

6  other members of the "2A Print Depot" group who may also be prohibited persons in

7  possession of firearms, and it confirms the date and time of contacts.

8        c.     Stored text messages are important evidence, like stored numbers.

9  Agents can identify both criminal associates and friends of the user who likely have

10 helpful information about the user, his location, and his activities.

11       d.     Photographs on a cellular telephone are evidence because they help

12 identify the user, either through his or her own picture, or through pictures of friends,

13 family, and associates that can identify the user. Here, the photographs on a cellular

14 telephone could link HANSEN to the pictures posted in the 2A Print Depot Discord

15 group and Facebook.

16       e.     Stored address records are important evidence because they show the

17 user's close associates and family members, and they contain names and nicknames

18 connected to phone numbers that can be used to identify suspects.

19       f.     Stored purchases of firearm parts from internet sites. It is as common

20 for individuals manufacturing firearms from 3D prints to purchase parts online as anyone

21 would do with any other item.  Oftentimes these individuals have pictures or other

22 captures of orders and receipts.

23     36.    The warrant I am applying for would permit law enforcement to obtain the

24 display of physical biometric characteristics (such as fingerprint, thumbprint, or facial

25 characteristics) to unlock devices subject to search and seizure pursuant to this warrant.  I

26 seek this authority based on the following:

27

AFFIDAVIT OF SPECIAL AGENT HUNT - 20
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

a.      I know from my training and experience, as well as from information found in publicly available materials published by device manufacturers, that many electronic devices, particularly newer mobile devices and laptops, offer their users the ability to unlock the device through biometric features in lieu of a numeric or alphanumeric passcode or password. These biometric features include fingerprint scanners and facial recognition features. Some devices offer a combination of these biometric features, and the user of such devices can select which features they would like to utilize.

b.      If a device is equipped with a fingerprint scanner, a user may enable the ability to unlock the device through his or her fingerprints. For example, Apple offers a feature called "Touch ID," which allows a user to register up to five fingerprints that can unlock a device. Once a fingerprint is registered, a user can unlock the device by pressing the relevant finger to the device's Touch ID sensor, which is found in the round button (often referred to as the "home" button) located at the bottom center of the front of the device. The fingerprint sensors found on devices produced by other manufacturers have different names but operate similarly to Touch ID.

c.      If a device is equipped with a facial recognition feature, a user may enable the ability to unlock the device through his or her face, iris, or retina. For example, Apple offers a facial recognition feature called "Face ID."  During the Face ID registration process, the user holds the device in front of his or her face. The device's camera then analyzes and records data based on the user's facial characteristics. The device can then be unlocked if the camera detects a face with characteristics that match those of the registered face. Facial recognition features found on devices produced by other manufacturers have different names but operate similarly to Face ID.

d.      While not as prolific on digital devices as fingerprint and facial-recognition features, both iris and retina scanning features exist for securing devices/data. The human iris, like a fingerprint, contains complex patterns that are unique and stable.

AFFIDAVIT OF SPECIAL AGENT HUNT - 21
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Iris recognition technology uses mathematical pattern-recognition techniques to map the iris using infrared light. Similarly, retina scanning casts infrared light into a person's eye to map the unique variations of a person's retinal blood vessels. A user can register one or both eyes to be used to unlock a device with these features. To activate the feature, the user holds the device in front of his or her face while the device directs an infrared light toward the user's face and activates an infrared sensitive camera to record data from the person's eyes. The device is then unlocked if the camera detects the registered eye.

e.    In my training and experience, users of electronic devices often enable the aforementioned biometric features because they are considered to be a more convenient way to unlock a device than by entering a numeric or alphanumeric passcode or password. Moreover, in some instances, biometric features are considered to be a more secure way to protect a device's contents. This is particularly true when the users of a device are engaged in criminal activities and thus have a heightened concern about securing the contents of a device.

f.    As discussed in this affidavit, based on my training and experience I believe that one or more digital devices will be found during the search. The passcode or password that would unlock the device(s) subject to search under this warrant is not known to law enforcement. Thus, law enforcement personnel may not otherwise be able to access the data contained within the device(s), making the use of biometric features necessary to the execution of the search authorized by this warrant.

g.    I also know from my training and experience, as well as from information found in publicly available materials including those published by device manufacturers, that biometric features will not unlock a device in some circumstances even if such features are enabled. This can occur when a device has been restarted, inactive, or has not been unlocked for a certain period of time. For example, Apple devices cannot be unlocked using Touch ID when (1) more than 48 hours has elapsed since the device was last unlocked or (2) when the device has not been unlocked using a

AFFIDAVIT OF SPECIAL AGENT HUNT - 22
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  fingerprint for 4 hours *and* the passcode or password has not been entered in the last 156

2  hours. Biometric features from other brands carry similar restrictions. Thus, in the event

3  law enforcement personnel encounter a locked device equipped with biometric features,

4  the opportunity to unlock the device through a biometric feature may exist for only a

5  short time.

6          h.      In my training and experience, the person who is in possession of a

7  device or has the device among his or her belongings at the time the device is found is

8  likely a user of the device. However, in my training and experience, that person may not

9  be the only user of the device and may not be the only individual whose physical

10  characteristics are among those that will unlock the device via biometric features.

11  Furthermore, while physical proximity is an important factor in determining who is the

12  user of a device, it is only one among many other factors that may exist.

13          i.      Due to the foregoing, I request that if law enforcement personnel

14  encounter a device that is subject to search and seizure pursuant to this warrant and may

15  be unlocked using one of the aforementioned biometric features, and if law enforcement

16  reasonably suspects HANSEN is a user of the device, then – for the purpose of

17  attempting to unlock the device in order to search the contents as authorized by this

18  warrant – law enforcement personnel shall be authorized to:(1) press or swipe

19  HANSEN's fingers (including thumbs) to the fingerprint scanner of the device; and/or (2)

20  hold the device in front of HANSEN's face and open eyes and activate the facial, iris, or

21  retina recognition feature.

22          j.      In pressing or swiping an individual's thumb or finger onto a device

23  and in holding a device in front of an individual's face and open eyes, law enforcement

24  may not use excessive force, as defined in *Graham v. Connor*, 490 U.S. 386 (1989);

25  specifically, law enforcement may use no more than objectively reasonable force

26  considering the facts and circumstances confronting them.

27

AFFIDAVIT OF SPECIAL AGENT HUNT - 23
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1

### CONCLUSION

2        37.      Donald Thomas HANSEN, Jr., has an interest in firearms and firearms

3    parts, evidenced in his communications over Discord and Facebook from at least June

4    2023 through April 2025. From his posts over Discord and Facebook, there is probable

5    cause to believe he has made or attempted to make firearms. From the video of him

6    shooting, and from his statements in his conversations, there is probable cause to believe

7    he possessed firearms despite being prohibited from doing so. Based upon my training

8    and upon my experience, I know that those who possess firearms often keep them, as

9    well as ammunition and magazines, inside their vehicles. I know that individuals who 3D

10   print firearms do so in their homes where they can monitor the status of their 3D print

11   jobs which can take several hours to a full day. Along with their 3D printers, these

12   individuals need 3D printing filament as well as a computer to transmit the files for

13   making their firearms. Based upon my training and experience, I believe that probable

14   cause exists that evidence of Donald Thomas HANSEN, Jr.'s possession and

15   manufacture of firearms will be found inside his residence and vehicle and on any

16   electronic device that he owns.

17       38.      For all the reasons described above, there is probable cause to believe that

18   Donald Thomas HANSEN, Jr., has committed, is committing, and will continue to

19   commit violations of Title 18, United States Code, Section 922(g)(1) (Unlawful

20   Possession of a Firearm); Title 26, United States Code, Sections 5861(f) and (i)

21   (Unlawful Manufacture and Possession of Machinegun and/or Silencer); and related

22   offenses.

23   //

24   //

25   //

26   //

27

AFFIDAVIT OF SPECIAL AGENT HUNT - 24
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

39.     I am submitting this affidavit and application electronically in accordance

with Local Criminal Rule 41(d)(3).

JON HUNT   Digitally signed by JON HUNT
Date: 2025.04.11 12:06:35
-07'00'

J. BENJAMIN HUNT, Affiant
Special Agent, ATF

SUBSCRIBED AND SWORN before me this __14th__ day of April 2025.

*Theresa L. Fricke*

THERESA L. FRICKE
Chief United States Magistrate Judge

AFFIDAVIT OF SPECIAL AGENT HUNT - 25
USAO 2025R00392

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3760

**Attachment A**

**Residence, Vehicle, and Person to be Searched**

  

As shown in the photographs above, the residence to be searched, **510 Lilly Rd. SE, Unit #8, Olympia, WA 98501**, is a single-story apartment off of Lilly Rd SE, accessed by Griffin Ln, SE. Unit #8 is the end unit on the east end of the building, delineated by a white placard to the side of the door with the number 8. Unit #8 has several boards over the windows. The vehicle to be searched, a gray Honda Accord with Washington license plate **DP77040**, is seen in the center photograph above. The person to be searched, Donald Thomas Hansen, Jr., is a white male, born in 1965, 6 feet tall and approximately 200 lbs, with medium length gray hair and sometimes a gray goatee beard.

The search of 510 Lilly Rd. SE, Unit #8, Olympia, WA 98501 is to include all parts of the property, including the main structure, storage or garage structures (attached or detached), outbuildings, and curtilage, and all containers, compartments, or safes located on the property, whether locked or not, where items described in Attachment B could be found. The search of the gray Honda Accord with Washington license plate DP77040 is to include any backpacks, briefcases, bags, containers, compartments, or safes within the vehicle, whether locked or not, where items described in Attachment B could be found. The search of Hansen's person is to include clothing, and personal

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

belongings, including backpacks, briefcases, bags that are within his immediate vicinity and control, and any cell phone or digital devices contained therein that may contain the items called for by Attachment B to this warrant.

USAO# 2025R00392
Attachment A

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**ATTACHMENT B**

**Items to be Searched For, Seized, and Examined**

From the residence, vehicle, and person described in Attachment A, the government is authorized to search for and seize the following items that constitute evidence and/or are fruits of commission of the following crimes: Title 18, United States Code, Section 922(g)(1) (Unlawful Possession of a Firearm); Title 26, United States Code, Sections 5861(f) and (i) (Unlawful Manufacture and Possession of Machinegun and/or Silencer); and related offenses:

a. Weapons, including but not limited to firearms, magazines, ammunition, silencers, suppressors, machinegun conversion devices, as well as firearms parts, boxes, receipts and documentation of for 80% firearm frames and parts, as well as 3d printing devices and tooling equipment utilized to manufacture firearm, machinegun conversion devices and silencers;

b. Cash and financial records, including bulk currency, bank records, safe deposit box records and keys, credit card records, bills, receipts, tax returns, vehicle documents, and similar items, and other records that show income and expenditures, net worth, money transfers, wire transmittals, negotiable instruments, bank drafts, cashiers' checks, and similar items;

c. Surveillance systems, including video tapes, digital cameras, surveillance cameras and associated hardware/storage devices, and similar items, depicting property occupants, friends and relatives of the property occupants, or suspected buyers or sellers of firearms;

d. Property records, including rental documents and other evidence relating to the purchase, ownership, rental, income, expenses, or control of the premises, and similar records of other property owned or rented;

USAO# 2025R00392
Attachment B

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

e.  Indicia of occupancy, residency, and/or ownership of assets including, but not limited to, utility and telephone bills, canceled envelopes, rental records or payment receipts, leases, mortgage statements, and other documents;

f.  Evidence of storage unit rental or access, including rental and payment records, keys and codes, pamphlets, contracts, contact information, directions, passwords or other documents relating to storage units;

g.  Evidence of personal property ownership, including registration information, ownership documents, or other evidence of ownership of property, and any other evidence of unexplained wealth;

h.  Documents reflecting the source, receipt, transfer, control, ownership, and disposition of United States and/or foreign currency;

i.  Correspondence, papers, records, and any other items showing employment or lack of employment;

j.  Safes and locked storage containers, and the contents thereof which are otherwise described in this document; and

k.  Cellular telephones and other communications devices including iPhones and other smartphones may be seized, and searched for the following items:

a.  Assigned number and identifying telephone serial number (ESN,MIN, IMSI, or IMEI);

b.  Stored list of recent received, sent, and missed calls;

c.  Stored contact information;

d.  Stored photographs of firearms or other weapons, currency, evidence of suspected criminal activity, and/or the user of the phone or suspected co-conspirators, including any embedded GPS data associated with those photographs;

e.  Stored text messages, including Apple iMessages or other similar messaging services where the data is stored on the telephone.

USAO# 2025R00392
Attachment B

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

During the execution of the search warrant, if law enforcement encounters a smartphone or other electronic device equipped with a biometric-unlock feature, and if law enforcement reasonably suspects Donald Thomas Hansen, Jr., is a user of the device, then – for the purpose of attempting to unlock the device in order to search the contents as authorized by this warrant – law enforcement personnel are authorized to: (1) press or swipe Hansen's fingers (including thumbs) to the fingerprint scanner of the device; and/or (2) hold the device in front of Hansen's face and open eyes and activate the facial, iris, or retina recognition feature.

In pressing or swiping an individual's thumb or finger onto a device and in holding a device in front of an individual's face and open eyes, law enforcement may not use excessive force, as defined in *Graham v. Connor*, 490 U.S. 386 (1989); specifically, law enforcement may use no more than objectively reasonable force in light of the facts and circumstances confronting them.

.