AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

FILED _____ LODGED _____
_____ RECEIVED
Apr 25 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 3:25-mj-05146
the residence, vehicle, and person more particularly )
described in Attachment A )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

see Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, for list of items to be seized, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before _____April 28, 2025_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in this District .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   April 14, 2025, at   9:02 am         *Theresa L. Fricke* (signature)
                                                              *Judge's signature*

City and state:   Tacoma, Washington              Theresa L. Fricke, Chief United States Magistrate Judge
                                                   *Printed name and title*

USAO# 2025R00392

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: MJ25-5146 | Date and time warrant executed: 4/15/25 6:00 AM | Copy of warrant and inventory left with: Rasmus Hansen |

Inventory made in the presence of:
ATF Seattle 1, Dave Cline, Stephanie Roman

Inventory of the property taken and name of any person(s) seized:

See Attached — 9 pages 98 units

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/15/25

_Executing officer's signature_

J. Benjamin Hurst
_Printed name and title_



# ATF Evidence Log

Case #: 25-0468Ø

Date/Time: 4/15/25
Address: 510 Lilly Rd SE
Location/Name: Apt. 8, Olympia WA 98501
Other:

Team Leader: Hunt
Photographer: Arnold
Schematic Artist: Kowalchuk
Other: Roman - Evidence Tech

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.) | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 1 | | | PMF, white frame with TLR-1 HL, no markings, with mag | | L242988 - slide | Rm A - On Couch | Radosevich |
| 2 | | | 15 rds ammo from item #1 mag, FC Auto 10mm | | | Inside item #1 | Radosevich |
| 3 | | | PY2A on frame black firearm 9-19x17 on slide | | | Rm A - On Couch | Radosevich |
| 4 | | | 9mm assorted ammo, from item #3 mag 17 rds | | | | Radosevich |
| 5 | | | Rainbow Mask | | | Rm A - on couch | Radosevich |
| 6 | | | 15 rds 10mm FC Auto from black mag | | | Rm A - On Couch | Radosevich |
| 7 | | | Black Mag - ETS Group - US from item #6 | | | Rm A - On couch | Radosevich |
| 8 | | | Black Frame PY2A | | | RM-A on couch | Radosevich |
| 9 | | | iPhone with green outer case | | | Rm-A on couch | Radosevich |
| 10 | | | Purple frame PY2A | | | Rm-A Couch side table | Radosevich |
| 11 | | | Assorted white USB | | | Rm-A - Couch side table | |

Evidence Tech: S. Roman #6200    Signature: [signature]    Page: 1 of 9

# ATF Evidence Log

Case #: 25-04684 (?)

Date/Time: 4/15/25
Address: 510 Lilly Rd SE
Location/Name: Apt. 8, Olympia WA 98501
Other:

Team Leader: Hunt
Photographer: Arnold
Schematic Artist: Kowalchuk
Other: Roman — Evidence Tech

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 12 | | | Navy frame with purple mag release PYZA | | Rm A – side table | Radosevich |
| 13 | | | Black frame – 3D Printed no markings | | Rm A – Kitchen floor in box | Kowalchuk |
| 14 | | | Green frame – 3D Printed no markings | | Rm A – Kitchen floor in box | Kowalchuk |
| 15 | | | 3D-Printing Components | | Rm A – side table | Radosevich |
| 16 | | | Assorted metal specialty barrels – Black/Silver ①② | | Rm A – side table | Radosevich |
| 17 | | | Assorted 7rds live ammo, 1 cartridge casing | | | Radosevich |
| 18 | | | Black 3D Printed Frame | | Rm A – Kitchen in box | Davis |
| 19 | | | Gray 3D Printed frame | | Rm A – Edge of kitchen in box – freezer | Kowalchuk |
| 20 | | | Black 3D Printed frame | | Rm A – kitchen in box | Davis |
| 21 | | | Misc. Gun parts | | Rm A – side table | Radosevich |
| 22 | | | Black 3D Printed frame | | Rm A – Edge of kitchen in box near freezer | Kowalchuk |

Evidence Tech: S. Roman #6200   Signature: /s/   Page: 2 of 9

# ATF Evidence Log

Case #: 25-04684

Date/Time: 4/15/25
Address: 510 Lilly Rd SE
Location/Name: Apt. 8 Olympia, WA
Other: 98501

Team Leader: Hunt
Photographer: Arnold
Schematic Artist: Kowalchuk
Other: Roman - Evidence Tech

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 23 | | | Gray 3-D printed frame | | | Rm A - Edge of kitchen in box near freezer | Kowalchuk |
| 24 | | | 3-D printed machine gun parts to build | | | Rm A - Couch side table | Radosevich |
| 25 | | | Machine gun conversion part | | | Rm-A - Couch side table | Radosevich |
| 26 | | | Machine gun conversion part | | | Rm A - Couch side table | Radosevich |
| 27 | | | Machine gun conversion part | | | Rm A - Couch side table | Radosevich |
| 28 | | | Machine gun conversion part | | | Rm A - Couch side table | Radosevich |
| 29 | | | Machine gun conversion part | | | RA - Couch side table | Radosevich |
| 30 | | | Machine gun conversion part | | | Rm A - Couch side table | Radosevich |
| 31 | | | 3-D Printed Black Silencer | | | Rm A - | Davis |
| 32 | | | Apple iPad - Black cover | | | Rm A - Under couch | Arnold |
| 33 | | | Glock 19, Gen 5 Black firearm with light | Glock 19, Gen 5 | BHCN993 | Rm A - Under couch | Arnold |

Evidence Tech: S-Roman #6200    Signature: [signed]    Page: 3 of 9

# ATF Evidence Log

**Case #:** 25-04689
**Date/Time:** 4/15/25
**Address:** 510 Lilly Rd SE
**Location/Name:** Apt. 8 Olympia, WA
**Other:** 98501

**Team Leader:** Hunt
**Photographer:** Arnold
**Schematic Artist:** Kownlchuk
**Other:** Roman - Evidence Tech

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 34 | | | 17 Rds of Ammo from #33 mag | | | Rm A - Under couch | Arnold |
| 35 | | | 4 Assorted Black Mags | | | Rm A - Under couch | Arnold |
| 36 | | | 75 Rds assorted ammo | | | Rm A - Under couch | Arnold |
| 37 | | | 3-D printed firearm parts orange | | | Rm-A Edge of kitchen in box near freezer | Kownlchuk |
| 38 | | | Black 3-D printed frame | | | Rm-A Edge of kitchen in box near freezer | Davis |
| 39 | | | Machine gun conversion device | | | Rm A - Inside box near freezer | Radosevich |
| 40 | | | Machine gun conversion device | | | Rm-A Inside box near freezer | Radosevich |
| 41 | | | Firearm parts, including magazines | | | Rm A - Inside box near freezer | Radosevich |
| 42 | | | Purple silencer | | | Rm A - Inside box near freezer | Radosevich |
| 43 | | | 3-D Printer Component | | | Rm A Inside box near freezer | Radosevich |
| 44 | | | 3-D printed gray frame | | | Rm A - On floor near freezer | Kownlchuk |

**Evidence Tech:** S. Roman   **Signature:** _[signature]_   **Page:** 4 of 9

# ATF Evidence Log

Case #: 25-040484

Date/Time: 4/15/25
Address: 510 Lilly Rd SE
Location/Name: Apt. 8 Olympia, WA
Other: 98501

Team Leader: Hunt
Photographer: Arnold
Schematic Artist: Kowalchuk
Other: Roman - Evidence Tech

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 45 | | | Black Silencer | | | RmA - On top of freezer | Kowalchuk |
| 46 | | | 4 rds, 9mm Ammo | | | RmA - In red bag near freezer | Davis |
| 47 | | | Purple Black frame 3-d printed | | | Rm-A On top of freezer | Arnold |
| 48 | | | Black 3-d printed frame | | | RmA - Behind freezer | Arnold |
| 49 | | | 19 Assorted 3-D Printed frames | | | RmA - Inside Box near freezer | Radosevich |
| 50 | | | Apple Watch with charger | | | RmA - Next to TV | Radosevich |
| 51 | | | Silver HP laptop with power cord | | SCG252058H | RmA - Next to TV | Radosevich |
| 52 | | | 3-D Printer Component - Piberon Box | | | RmD - Closet | Davis |
| 53 | | | Ziplock bag with green 3-d printed frame, firearm parts | Ruger P95, 9mm | No serial# | RmD - Closet | Davis |
| 54 | | | Black AR, purple barrel/frame | | | RmC - to left of door box spring | Kowalchuk |
| 55 | | | Black mag from item #54 Ammo 28 rds assorted | 300 Blk | | RmC - to left of door box spring | Kowalchuk |

Evidence Tech: S. Roman    Signature: [signature]    Page: 5 of 9

# ATF Evidence Log

Case #: 25-04684

Date/Time: 4/15/25
Address: 510 Lilly Rd SE
Location/Name: Apt. 8 Olympia, WA
Other: 98501

Team Leader: Hunt
Photographer: Arnold
Schematic Artist: Kowalchuk
Other: Roman - Evidence Tech

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 56 | | | Black firearm upper + barrel with scope | | | Rm C - to left of door by spring | Davis |
| 57 | | | Meta Tactical Apex-series Carbine conversion kit | | | Rm C - to left of door by spring | Davis |
| 58 | | | Unmarked black metal slide | | | Rm C - In Tote | Kowalchuk |
| 59 | | | Silver metal suppressor | | | Rm D - Closet | Davis / Kowalchuk |
| 60 | | | Black 3-D printed suppressor | | | Rm D - Closet | Davis |
| 61 | | | Black 3-D printed suppressor | | | Rm D - Closet | Davis |
| 62 | | | Flux Firearm Frame in white flux box | | | Rm D Closet | Davis |
| 63 | | | Black rifle, with scope and suspected suppressor | | | Rm C - In rifle case | Radosevich |
| 64 | | | Black rifle with scope | | | Rm C - In rifle case | Radosevich |
| 65 | | | Black 3-D printed suppressor | | | Rm C - in tote | Kowalchuk |
| 66 | | | 3-D printed trigger | | | Rm C - in metal tin | Kowalchuk |

Evidence Tech: _____   Signature: _____   Page: 6 of 9

# ATF Evidence Log

Case #: 25-04684
Date/Time: 4/15/25
Address: 510 Lilly Rd SE
Location/Name: Apt. 8 Olympia, WA 98501
Other:

Team Leader: Hunt
Photographer: Arnold
Schematic Artist: Kowalchuk
Other: Roman – Evidence Tech

## Property Seized

| Item # | NForce # | Photo # | Description | Finder | Location Found |
|---|---|---|---|---|---|
| 67 | | | 10 assorted mags | Kowalchuk | Rm C in metal tin |
| 68 | | | 17 Rds Ammo from "SUBS Mag" Item #67 | Kowalchuk | Rm C in metal tin |
| 69 | | | Black firearm back plate | Kowalchuk | Rm C |
| 70 | | | Black Ammo Metal Can | Davis | Rm D – Closet |
| 71 | | | Green Ammo Metal Can | Davis | Rm D – Closet |
| 72 | | | Assorted Magazines | Davis | Rm D – Closet |
| 73 | | | Assorted Machine gun conversion parts | Kowalchuk | Rm C – In box on chair |
| 74 | | | Navy 3-D printed frame | Kowalchuk | Rm C – In box on chair |
| 75 | | | Grey/Orange Suppressor | Hunt | Rm C |
| 76 | | | Black 3-D printed frame | Hunt | Rm C |
| 77 | | | Firearm Parts | Davis | Rm D – Closet |

Evidence Tech: S. Roman #6200    Signature: [signed]    Page: 7 of 9

# ATF Evidence Log

Case #: 25-04684

Date/Time: 4/5/25
Address: 510 Lilly Rd SE
Location/Name: Apt. 8 Olympia WA
Other: 98501

Team Leader: Hunt
Photographer: Arnold
Schematic Artist: Konalchuk
Other: Roman - Evidence Tech

## Property Seized

| Item # | NForce # | Photo # | Description | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|
| 78 | | | Assorted frames - 6 total, 3-d printed | | Rm C - on ground | Arnold |
| 79 | | | 30 assorted frames | | Rm C - in tote on dresser | Arnold |
| 80 | | | White 3-d printed suppressor | | Rm C - in tote on dresser | Arnold |
| 81 | | | Black 3-d printed suppressor | | Rm C - in tote on dresser | Arnold |
| 82 | | | Black 3-d printed frame | | Rm C - on floor | Arnold |
| 83 | | | Black 3-d printed frame | | Rm C - by 3-d printer table | Arnold |
| 84 | | | Green 3-d printed frame | | Rm C - by 3-d printer table | Arnold |
| 85 | | | Black 3-d printed frame | | Rm C - by 3-d printer table | Arnold |
| 86 | | | Black 3-d printed frame | | Rm C - by 3-d printer table | Arnold |
| 87 | | | Gray 3-d printed frame | | Rm C - on desk by window, next to printer | Arnold |
| 88 | | | Green 3-d printed frame | | Rm C - In box on chair | Arnold |

Evidence Tech: S. Roman #6200    Signature: [signed]    Page: 8 of 9

# ATF Evidence Log

Case #: 25-B4684 (?)
Date/Time: 4/15/25
Address: 510 Lilly Rd SE
Location/Name: Apt. 8 Olympia WA 98501
Other:

Team Leader: Hunt
Photographer: Arnold
Schematic Artist: Kowalchuk
Other: Roman - Evidence Tech

## Property Seized

| Item # | NForce # | Photo # | Description | Make/Model | Serial/Unique # | Location Found | Finder |
|---|---|---|---|---|---|---|---|
| 89 | | | Bambu Silver 3-d printer, with sd card | | | Rm C - on desk | Arnold |
| 90 | | | Creality 3-d printer | | | Rm C - on desk | Arnold |
| 91 | | | TinaZ Basic 3-d printer | | | Rm C - on desk | Arnold |
| 92 | | | Usb drive found on #90 | | | Rm C - on desk | Arnold |
| 93 | | | Navy engraved 3-d printed frame | | | Rm C - tote under desk | Arnold |
| 94 | | | Green 3-d printed frame | | | Rm C - under desk | Arnold |
| 95 | | | HP Laptop - Entertainment PC | Pavillion DV7 | CND9312HYT | Rm C - under desk, next to closet | Arnold |
| 96 | | | Orange-Green Two-tone 3-d printed frame | | | Rm C - under desk, next to closet | Arnold |
| 97 | | | Misc. Ammo | | | Rm-C | Arnold |
| 98 | | | Assorted Machine gun conversion parts | | | Rm-C | Arnold |

Evidence Tech: S. Roman #6200  Signature: [signed]  Page: 9 of 9